IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No. 09-mJ-62 |
| | ) |
| LARRY D. PRICE, | ) |
| | ) |
| Defendant. | ) |

TO THE UNITED STATES MARSHAL FOR THE WESTERN DISTRICT OF WISCONSIN, WARDEN, OR ANY OTHER PERSON HAVING LAWFUL CUSTODY OF THE ABOVE-NAMED DEFENDANT.

G R E E T I N G S:

WE COMMAND YOU, that you have the body of

LARRY D. PRICE

now detained in the Dane County Jail, under safe and secure conduct at Room 260, United States Courthouse, 120 North Henry Street, Madison, Wisconsin 53703, commencing July 31, 2009, at 2:30 p.m., for the purpose of an initial appearance and for any other proceedings scheduled by the Court herein.

WITNESS, the Honorable United States Magistrate Judge for the Western District of Wisconsin, at Madison, Wisconsin, Western District of Wisconsin, on this 31st day of July 2009.

PETER OPPENEER, Clerk
United States District Court
Western District of Wisconsin

By _____
Deputy Clerk

**RETURN**

I hereby certify and return that I have (partially fully) executed this writ by delivering said prisoner to: U.S. DIST. COURT

on 7/31/09

Stephen G. Fitzgerald, U.S. Marshal

by FBI MADISON , Deputy

**RETURN**

I hereby certify and return that I have (partially fully) executed this writ by delivering said prisoner to: DANE CO. JAIL

on 7/31/09

Stephen G. Fitzgerald, U.S. M

by